UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ROSA MAYA-VASQUEZ,

    Plaintiff,

v.

COMMISSIONER OF SOCIAL
SECURITY,

    Defendant.
_____/

Case No. 1:17-CV-389

Hon. Gordon J. Quist

## ORDER APPROVING AND
## ADOPTING REPORT AND RECOMMENDATION

The Court has reviewed the Report and Recommendation filed by United States Magistrate Judge Phillip Green in this action on July 18, 2018, recommending that the decision of the Commissioner be affirmed. The Report and Recommendation was duly served on the parties the same date. No objections have been filed pursuant to 28 U.S.C. § 636(b).

**THEREFORE, IT IS ORDERED** that the Report and Recommendation, filed July 18, 2018 (ECF No. 14), is approved and adopted as the opinion of the Court.

**IT IS FURTHER ORDERED** that the Commissioner's decision is **affirmed**.

A separate judgment will enter.

This case is **concluded**.

Dated: August 7, 2018            /s/ Gordon J. Quist
                                                            GORDON J. QUIST
                                             UNITED STATES DISTRICT JUDGE